Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
jgomes@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BIZZ, INC., a California Corporation, individually and d/b/a "En Crème"; THE MINT JULEP BOUTIQUE, LLC, an Alabama Limited Liability Company; and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:19-cv-00403-DMG-FFM<br>*Hon. Dolly M. Gee Presiding*<br><br><br>**NOTICE OF DISMISSAL OF ACTION** |

1

*TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:*

PLEASE TAKE NOTICE THAT Plaintiff hereby dismisses this action, *without prejudice*, pursuant to Fed. R. Civ. P. §41(a)(1)(A)(i).

Respectfully submitted,

Dated:  February 14, 2019          By:     /s/ *Trevor W. Barrett*
                                           Scott Alan Burroughs, Esq.
                                           Trevor W. Barrett, Esq.
                                           DONIGER /BURROUGHS
                                           Attorneys for Plaintiff

2

NOTICE OF DISMISSAL OF ACTION